UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Sports Publishing LLC., an Illinois Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 CV 2080 |
| InnerWorkings, Inc., a Delaware Corporation, et al., | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

COMES NOW Plaintiff Sports Publishing LLC ("Sports Publishing"), by its attorney, Daniel J. Pope, and pursuant to Rule 41(a)(1) moves for a voluntary dismissal of this case without prejudice as no Answer has been filed by any Defendant.

Respectfully Submitted,

Sports Publishing, LLC, by its attorney,
DANIEL J. POPE

s/Daniel J. Pope
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone : (217) 337-1400
Fax : (217) 337-1607

F:\DOCS\Dan\Sports Publishing\Draft Complaints\motion for vol dismissal.doc
*5/30/2003 10:05 AM*