UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Sports Publishing LLC., an Illinois Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| InnerWorkings, Inc., a Delaware Corporation, ) | No. 08 CV 2080 |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND OTHER SPECIFIED RELIEF

COMES NOW Plaintiff Sports Publishing LLC ("Sports Publishing"), by its attorney, Daniel J. Pope, and moves this Court for an Order as follows:

1.) Deeming its April 14, 2008, dismissal of the above-captioned action without prejudice to be a dismissal with prejudice as to all the allegations, counts and claims against all defendants (except for Count III against defendant InnerWorkings, Inc. only, which shall remain dismissed without prejudice per this Court's Order entered April 14, 2008); and, in connection with such dismissal with prejudice,

2.) Deeming the following allegations of plaintiff's Complaint in the above-captioned action to have been retracted, rescinded and withdrawn with prejudice by plaintiff: ¶¶ 3-12, 14-34, and 37-48.

Respectfully Submitted,

Sports Publishing, LLC, by its attorney,
DANIEL J. POPE

s/Daniel J. Pope
DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone : (217) 337-1400
Fax : (217) 337-1607

1

F:\DOCS\Dan\Sports Publishing\Draft Complaints\motion for vol dismissal.doc
*5/30/2003 10:05 AM*